# EXHIBIT "A"

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Feb 9 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At:     OR | Jump | to record:

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# FRENCH QUARTER

| | |
|---|---|
| **Word Mark** | FRENCH QUARTER |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Lighting fixtures. FIRST USE: 19470601. FIRST USE IN COMMERCE: 19470601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77610836 |
| **Filing Date** | November 10, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 21, 2009 |
| **Registration Number** | 3650187 |
| **Registration Date** | July 7, 2009 |
| **Owner** | (REGISTRANT) Bevolo Gas & Electric Lights, Inc. CORPORATION LOUISIANA 521 Conti Street New Orleans LOUISIANA 70130 |
| **Attorney of Record** | John B. Edel, #58363 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Feb 9 04:05:46 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Governor

| | |
|---|---|
| **Word Mark** | GOVERNOR |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Lighting fixtures. FIRST USE: 19450101. FIRST USE IN COMMERCE: 19450701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85057545 |
| **Filing Date** | June 8, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 26, 2010 |
| **Registration Number** | 3904406 |
| **Registration Date** | January 11, 2011 |
| **Owner** | (REGISTRANT) Bevolo Gas & Electric Lights, Inc. CORPORATION LOUISIANA 521 Conti Street New Orleans LOUISIANA 70130 |
| **Attorney of Record** | Ted M. Anthony |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Feb 9 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:

TARR Status    ASSIGN Status    TDR    TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | COACH HOUSE |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Lighting fixtures. FIRST USE: 19460301. FIRST USE IN COMMERCE: 19460901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85057574 |
| **Filing Date** | June 8, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 26, 2010 |
| **Registration Number** | 3904407 |
| **Registration Date** | January 11, 2011 |
| **Owner** | (REGISTRANT) **Bevolo** Gas & Electric Lights, Inc. CORPORATION LOUISIANA 521 Conti Street New Orleans LOUISIANA 70130 |
| **Attorney of Record** | Ted M. Anthony |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Feb 9 04:05:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# English Regency

| | |
|---|---|
| **Word Mark** | ENGLISH REGENCY |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Lighting fixtures. FIRST USE: 20041001. FIRST USE IN COMMERCE: 20041101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85057666 |
| **Filing Date** | June 8, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 2, 2010 |
| **Registration Number** | 3907888 |
| **Registration Date** | January 18, 2011 |
| **Owner** | (REGISTRANT) **Bevolo** Gas & Electric Lights, Inc. CORPORATION LOUISIANA 521 Conti Street New Orleans LOUISIANA 70130 |
| **Attorney of Record** | Ted M. Anthony |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT "B"

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

# Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | GOVERNOR |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3627 |
| **Current Status:** | ACTIVE |

# Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 1/1/1945 |
| **Date First Used (in La.):** | 7/1/1945 |

# Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

# Expired Classes

**No Expired Classes**

# Amendments On File

**No Amendments on file**

Print



Tom Schedler
Secretary of State

State of Louisiana
Secretary of State

**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

# Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | WILLIAMSBURG |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3628 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 2/1/1945 |
| **Date First Used (in La.):** | 8/1/1945 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | COACH HOUSE |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3629 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 3/1/1946 |
| **Date First Used (in La.):** | 9/1/1946 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | LONDON STREET |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3630 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 4/1/1945 |
| **Date First Used (in La.):** | 10/1/1945 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print



Tom Schedler
Secretary of State

State of Louisiana
Secretary of State

**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | CONTEMPORARY |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3631 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 5/1/2000 |
| **Date First Used (in La.):** | 11/1/2000 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print



| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State | **COMMERCIAL DIVISION** |
|---|---|---|

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

**Type(s) Registered:**   TRADEMARK
**Registered Name:**   SIX-SIDED FRENCH QUARTER
**Applicant:**   BEVOLO GAS & ELECTRIC LIGHTS, INC.

521 CONTI ST.

NEW ORLEANS, LA 70130

**Type Of Business:**   LIGHT FIXTURES
**Book #:**   62-3633
**Current Status:**   ACTIVE

## Dates

**Registration Date:**   5/25/2010
**Expiration Date:**   5/25/2020
**Date First Used:**   6/1/1966
**Date First Used (in La.):**   12/1/1966

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print



**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | CRAFTSMAN |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3634 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 7/1/1994 |
| **Date First Used (in La.):** | 11/1/1994 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

**Tom Schedler**
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

# Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | MONTE CARLO |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3635 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 8/1/2002 |
| **Date First Used (in La.):** | 10/1/2002 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | VIEUX CARRE |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3636 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 9/1/1950 |
| **Date First Used (in La.):** | 9/1/1950 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

## Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADEMARK |
| **Registered Name:** | ENGLISH REGENCY |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST. |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-3637 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 5/25/2010 |
| **Expiration Date:** | 5/25/2020 |
| **Date First Used:** | 10/1/2004 |
| **Date First Used (in La.):** | 11/1/2004 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 5/25/2010 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

Tom Schedler
Secretary of State



State of Louisiana
Secretary of State

**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

# Trade Name, Trademark Details

| | |
|---|---|
| **Type(s) Registered:** | TRADE NAME, TRADEMARK |
| **Registered Name:** | BEVOLO |
| **Applicant:** | BEVOLO GAS & ELECTRIC LIGHTS, INC. |
| | 521 CONTI ST |
| | NEW ORLEANS, LA 70130 |
| **Type Of Business:** | LIGHT FIXTURES |
| **Book #:** | 62-7470 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 2/1/2011 |
| **Expiration Date:** | 2/1/2021 |
| **Date First Used:** | 12/1/1950 |
| **Date First Used (in La.):** | 12/1/1950 |

## Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 21 HOUSEWARES & GLASS | 2/1/2011 | |

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

# EXHIBIT "C"

# BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.   ATTORNEYS & COUNSELORS

P.O. BOX 52169
LAFAYETTE, LA 70505-2169
337.984.2505 PH
337.984.2503 FX
WWW.BPASFIRM.COM

TED M. ANTHONY
TANTHONY@BPASFIRM.COM

CLIENT NO.:   5201.2088

October 25, 2010

**VIA CERTIFIED MAIL**
**RRR 7009 2820 0004 3242 3637**

The Gas Light Company
12451 S. Harrell's Ferry Rd.
Baton Rouge, LA 70816

Re:     Bevolo Gas & Electric Lights, Inc.
        Trademark Infringement

Gentlemen:

This law firm represents Bevolo Gas & Electric Lights, Inc. ("Bevolo").   Please be advised that our client is the owner of certain common law and statutory service mark, trade name and/or other intellectual property rights in connection with certain trademarks.

It has recently come to our client's attention that you are currently marketing certain lamps and related goods and services under the marks identified on Exhibit "A" and/or variations thereof (collectively, the "Subject Marks").   Such use represents infringement of Bevolo's pre-existing rights.   Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods or services using the Subject Marks or any variation thereof, in association with such goods and services.  Our client also demands that you (and any affiliates or distributors) immediately remove the Subject Marks from any and all visible locations in and around all of your place(s) of business, including on vehicles, signs, advertisements and/or other printed and promotional materials.  Further, Bevolo hereby demands that you immediately stop using the Subject Marks in any way in connection with any web sites that you own and/or administer (including, without limitation, as meta-tags or key words, in pay-per-click campaigns, or any other use).

The Gas Light Company
October 25, 2010
Page 2

Additionally, we believe that you are infringing Bevolo's distinctive and valuable trade dress which is entitled to protection under Louisiana law, as well as the federal Lanham Act (*See,* 15 U.S.C. §1125(a)). Such acts of infringement include your sale of certain goods embodying the shape/configuration of Bevolo's well-known French Quarter® lamps and other lamps and related goods marketed by Bevolo. Such goods include, without limitation, your Jackson Square, Governor, London Street, Rolled Top, Craftsman, Contemporary, Charleston, Vieux Carre, Coach House, Governor III, Adams, Chattanooga and Williamsburg. Further, you are using tags on your products in a manner that mimics Bevolo's distinctive tags (in terms of both shape and placement of such tags). Such acts of trade dress infringement have caused, and/or are likely to cause, confusion in the minds of consumers as to the origin of the goods, services, or commercial activities at issue.

Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods copying or embodying Bevolo's protectable trade dress including, without limitation, the lamps listed above and the use of tags on your goods in a manner that mimics Bevolo's distinctive tags. Bevolo also demands that you (and any affiliates or distributors) immediately remove any and all depictions of such goods from any and all visible locations, including on Internet web pages, vehicles, signs, advertisements and/or other printed and promotional materials.

Your continued use of the Subject Marks and/or variations thereof, and your continued infringement of Bevolo's trade dress, has and is causing our client irreparable harm. Your activities constitute a misappropriation of our client's goodwill, infringement of our client's intellectual property rights and dilution of said rights, as well as unfair competition. These acts are exacerbated by the similar channels of trade at issue.

We hereby demand that you provide this firm with written assurance that you (and any and all affiliates and distributors) will comply with the above requirements within ten (10) days of receipt of this letter. If you timely provide such written assurance, and act in accordance with such written assurance, our client will forgo legal action and will drop the matter of damages and attorney's fees resulting from your unauthorized use, infringement and dilution of Bevolo's intellectual property rights. However, if you fail to provide us with such written assurance, our client will be compelled to protect its rights by seeking injunctive relief, damages, attorney's fees, court costs, and all other relief provided for at law. Please note that nothing in this letter should be construed as a limitation regarding our client's geographic area of operation, or extent of its intellectual property rights.

The Gas Light Company
October 25, 2010
Page 3

     Please contact us if you wish to discuss this matter in greater detail.   Your immediate attention to this matter is requested.

                   Very truly yours,

                   TED M. ANTHONY

TMA/adt

## EXHIBIT "A"

"Bevolo"
"French Quarter"
"Williamsburg"
"Coach House"
"Governor"
"London Street"
"Contemporary"
"Craftsman"
"Vieux Carre"



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.71 |

Postmark Here    OCT 2 5 2010

7009 2820 0004 3242 3637

Sent To
THE GAS LIGHT COMPANY
Street, Apt.
or PO Box
12451 S. HARRELLS FERRY RD.
City, State,
BATON ROUGE, LA 70816

PS Form 3800, August 2006        See Reverse for Instructions

---

10.25.10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE GAS LIGHT COMPANY
12451 S. HARRELLS FERRY RD.
BATON ROUGE, LA 70816

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7009 2820 0004 3242 3637

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT "D"

# BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.   ATTORNEYS & COUNSELORS

P.O. BOX 52169
LAFAYETTE. LA 70505-2169
337.984.2505 PH
337.984.2503 FX
WWW.BPASFIRM.COM

TED M. ANTHONY
TANTHONY@BPASFIRM.COM

CLIENT NO.:   5201.2088

October 25, 2010

**VIA CERTIFIED MAIL**
**RRR 7009 2820 0004 3242 3712**

New Orleans Gas & Electric Lights, Inc.
12451 South Harrell's Ferry Rd.
Baton Rouge, LA 70816

   Re: Bevolo Gas & Electric Lights, Inc.
      Trademark Infringement

Gentlemen:

  This law firm represents Bevolo Gas & Electric Lights, Inc. ("Bevolo"). Please be advised that our client is the owner of certain common law and statutory service mark, trade name and/or other intellectual property rights in connection with certain trademarks.

  It has recently come to our client's attention that you are currently marketing certain lamps and related goods and services under the marks identified on Exhibit "A" and/or variations thereof (collectively, the "Subject Marks"). Such use represents infringement of Bevolo's pre-existing rights. Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods or services using the Subject Marks or any variation thereof, in association with such goods and services. Our client also demands that you (and any affiliates or distributors) immediately remove the Subject Marks from any and all visible locations in and around all of your place(s) of business, including on vehicles, signs, advertisements and/or other printed and promotional materials. Further, Bevolo hereby demands that you immediately stop using the Subject Marks in any way in connection with any web sites that you own and/or administer (including, without limitation, as meta-tags or key words, in pay-per-click campaigns, or any other use).

New Orleans Gas & Electric Lights, Inc.
October 25, 2010
Page 2

Additionally, we believe that you are infringing Bevolo's distinctive and valuable trade dress which is entitled to protection under Louisiana law, as well as the federal Lanham Act (*See*, 15 U.S.C. §1125(a)).  Such acts of infringement include your sale of certain goods embodying the shape/configuration of Bevolo's well-known French Quarter® lamps and other lamps and related goods marketed by Bevolo.  Such goods include, without limitation, your French Quarter, Six-Sided French Quarter, Six-Sided Ceiling, London Street, Governor, Colonial, Contemporary, Craftsman, Church Top/Bottom, Mansord, Basin Street and Rolled Top lamps.  Further, you are using tags on your products in a manner that mimics Bevolo's distinctive tags (in terms of both shape and placement of such tags).  Such acts of trade dress infringement have caused, and/or are likely to cause, confusion in the minds of consumers as to the origin of the goods, services, or commercial activities at issue.

Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods copying or embodying Bevolo's protectable trade dress including, without limitation, the lamps described above and the use of tags on your products in a manner that mimics Bevolo's distinctive tags.  Bevolo also demands that you (and any affiliates or distributors) immediately remove any and all depictions of such goods from any and all visible locations, including on Internet web pages, vehicles, signs, advertisements and/or other printed and promotional materials.

Your continued use of the Subject Marks and/or variations thereof, and your continued infringement of Bevolo's trade dress, has and is causing our client irreparable harm.  Your activities constitute a misappropriation of our client's goodwill, infringement of our client's intellectual property rights and dilution of said rights, as well as unfair competition.  These acts are exacerbated by the similar channels of trade at issue.  Furthermore, we have reason to believe that you are intentionally misleading consumers into believing that they are purchasing genuine Bevolo lamps and related goods when buying from you.  Such actions represent clear violations of applicable Louisiana federal law, and will not be tolerated by Bevolo.

We hereby demand that you provide this firm with written assurance that you (and any and all affiliates and distributors) will comply with the above requirements within ten (10) days of receipt of this letter.  If you timely provide such written assurance, and act in accordance with such written assurance, our client will forgo legal action and will drop the matter of damages and attorney's fees resulting from your unauthorized use, infringement and dilution of Bevolo's intellectual property rights.  However, if you fail to provide us with such written assurance, our client will be compelled to protect its rights by seeking injunctive relief, damages, attorney's fees, court costs, and all other relief provided for at law.  Please note that nothing in this letter

New Orleans Gas & Electric Lights, Inc.
October 25, 2010
Page 3

should be construed as a limitation regarding our client's geographic area of operation, or extent of its intellectual property rights.

Please contact us if you wish to discuss this matter in greater detail.  Your immediate attention to this matter is requested.

Very truly yours,

TED M. ANTHONY

TMA/adt

## EXHIBIT "A"

"Bevolo"
"French Quarter"
"Governor"
"London Street"
"Contemporary"
"Six-Sided French Quarter"
"Craftsman"



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here — OCT 25 2010 — USPS 70598

7009 2820 0004 3242 3712

Sent To
NEW ORLEANS GAS & ELECTRIC LIGHTS, INC.
Street, Apt. No. or PO Box No.
City, State, ZIP
12451 S. HARRELL'S FERRY RD
BATON ROUGE, LA 70816

PS Form 3800, August 2006     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEW ORLEANS GAS & ELECTRIC LIGHTS, INC.
12451 S. HARRELL'S FERRY RD
BATON ROUGE, LA 70816

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7009 2820 0004 3242 3712

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT "E"

# BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.   ATTORNEYS & COUNSELORS

P.O. BOX 52169
LAFAYETTE, LA 70505-2169
337.984.2505 PH
337.984.2503 FX
WWW.BPASFIRM.COM

TED M. ANTHONY
TANTHONY@BPASFIRM.COM

CLIENT NO.:  5201.2088

October 25, 2010

**VIA CERTIFIED MAIL**
**RRR 7009 2820 0004 3242 3736**

Primal Lighting, Inc.
c/o Paul Roussel
50196 Turnpike Rd.
Folsom, LA 70437

   Re: Bevolo Gas & Electric Lights, Inc.
     Trademark Infringement

Gentlemen:

  This law firm represents Bevolo Gas & Electric Lights, Inc. ("Bevolo"). Please be advised that our client is the owner of certain common law and statutory service mark, trade name and/or other intellectual property rights in connection with certain trademarks.

  It has recently come to our client's attention that you are currently marketing certain lamps and related goods and services under the marks "French Quarter," "Coach House" and "Vieux Carre" and/or variations thereof (collectively, the "Subject Marks"). Such use represents infringement of Bevolo's pre-existing rights. Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods or services using the Subject Marks or any variation thereof, in association with such goods and services. Our client also demands that you (and any affiliates or distributors) immediately remove the Subject Marks from any and all visible locations in and around all of your place(s) of business, including on vehicles, signs, advertisements and/or other printed and promotional materials. Further, Bevolo hereby demands that you immediately stop using the Subject Marks in any way in connection with any web sites that you own and/or administer (including, without limitation, as meta-tags or key words, in pay-per-click campaigns, or any other use).

Primat Lighting, Inc.
October 25, 2010
Page 2


Additionally, we believe that you are infringing Bevolo's distinctive and valuable trade dress which is entitled to protection under Louisiana law, as well as the federal Lanham Act (*See*, 15 U.S.C. §1125(a)). Such acts of infringement include your sale of certain goods embodying the shape/configuration of Bevolo's well-known French Quarter® lamps and other lamps and related goods marketed by Bevolo. Such goods include, without limitation, your Coach House, Avigon, Kent, Grande Dame, Vieux Carre, Jefferson, Orleans, Calais, West Minister, Sussex, Clermont, Dijon, Toulon, Colonial and Windsor lamps. Further, you are using tags on your products in a manner that mimics Bevolo's distinctive tags (in terms of both shape and placement of such tags). Such acts of trade dress infringement have caused, and/or are likely to cause, confusion in the minds of consumers as to the origin of the goods, services, or commercial activities at issue.

Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods copying or embodying Bevolo's protectable trade dress including, without limitation, the goods listed above and your use of tags in a manner that mimics Bevolo's distinctive goods. Bevolo also demands that you (and any affiliates or distributors) immediately remove any and all depictions of such goods from any and all visible locations, including on Internet web pages, vehicles, signs, advertisements and/or other printed and promotional materials.

Your continued use of the Subject Marks and/or variations thereof, and your continued infringement of Bevolo's trade dress, has and is causing our client irreparable harm. Your activities constitute a misappropriation of our client's goodwill, infringement of our client's intellectual property rights and dilution of said rights, as well as unfair competition. These acts are exacerbated by the similar channels of trade at issue.

We hereby demand that you provide this firm with written assurance that you (and any and all affiliates and distributors) will comply with the above requirements within ten (10) days of receipt of this letter. If you timely provide such written assurance, and act in accordance with such written assurance, our client will forgo legal action and will drop the matter of damages and attorney's fees resulting from your unauthorized use, infringement and dilution of Bevolo's intellectual property rights. However, if you fail to provide us with such written assurance, our client will be compelled to protect its rights by seeking injunctive relief, damages, attorney's fees, court costs, and all other relief provided for at law. Please note that nothing in this letter should be construed as a limitation regarding our client's geographic area of operation, or extent of its intellectual property rights.

Primal Lighting, Inc.
October 25, 2010
Page 3


    Please contact us if you wish to discuss this matter in greater detail.  Your immediate attention to this matter is requested.

Very truly yours,

TED M. ANTHONY

TMA/adt



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

7009 2820 0004 3242 3736

Sent To
PRIMAL LIGHTING, INC.
Street, Apt. No or PO Box No c/o PAUL ROUSSEL
City, State, Zi 50196 TURNPIKE RD.
FOLSOM, LA 70437

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRIMAL LIGHTING, INC.
c/o PAUL ROUSSEL
50196 TURNPIKE RD.
FOLSOM, LA 70437

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _B. LeBlanc_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
B. LeBlanc   10/29/10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 3242 3736

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# EXHIBIT "F"

# BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.   ATTORNEYS & COUNSELORS

P.O. BOX 52169
LAFAYETTE, LA 70505-2169
337.984.2505 PH
337.984.2503 FX
WWW.BPASFIRM.COM

TED M. ANTHONY
TANTHONY@BPASFIRM.COM

CLIENT NO.:  5201.2088

October 25, 2010

**VIA CERTIFIED MAIL**
**RRR 7009 2820 0004 3242 3774**

Uptown Lighting, L.L.C.
19238 W. Muirfield Dr.
Baton Rouge, LA 70810

   Re: Bevolo Gas & Electric Lights, Inc.
     Trademark Infringement

Gentlemen:

  This law firm represents Bevolo Gas & Electric Lights, Inc. ("Bevolo"). Please be advised that our client is the owner of certain common law and statutory service mark, trade name and/or other intellectual property rights in connection with certain trademarks.

  It has recently come to our client's attention that you are currently marketing certain lamps and related goods and services under the marks "French Quarter," "Governor" and "Six-Sided French Quarter" and/or variations thereof (collectively, the "Subject Marks"). Such use represents infringement of Bevolo's pre-existing rights. Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods or services using the Subject Marks or any variation thereof, in association with such goods and services. Our client also demands that you (and any affiliates or distributors) immediately remove the Subject Marks from any and all visible locations in and around all of your place(s) of business, including on vehicles, signs, advertisements and/or other printed and promotional materials. Further, Bevolo hereby demands that you immediately stop using the Subject Marks (and the mark "Bevolo") in any way in connection with any web sites that you own and/or administer (including, without limitation, as meta-tags or key words, in pay-per-click campaigns, or any other use).

Uptown Lighting, L.L.C.
October 25, 2010
Page 2

Additionally, we believe that you are infringing Bevolo's distinctive and valuable trade dress which is entitled to protection under Louisiana law, as well as the federal Lanham Act (*See*, 15 U.S.C. §1125(a)). Such acts of infringement include your sale of certain goods embodying the shape/configuration of Bevolo's well-known French Quarter® lamps, as well as other lamps and related goods marketed by Bevolo including, without limitation, your French Quarter, Governor, Colonial, Roll Top Colonial and Six-Sided French Quarter lamps. Further, you are using tags on your products in a manner that mimics Bevolo's distinctive tags (in terms of both shape and placement of such tags). Such acts of trade dress infringement have caused, and/or are likely to cause, confusion in the minds of consumers as to the origin of the goods, services, or commercial activities at issue.

Our client hereby demands that you (and any affiliates or distributors) immediately cease and desist from any further dispensing, providing, sale, lease, donation, or other distribution, of any goods copying or embodying Bevolo's protectable trade dress including, without limitation, those goods listed above and the use of tags in a manner that mimics Bevolo's distinctive goods. Bevolo also demands that you (and any affiliates or distributors) immediately remove any and all depictions of such goods from any and all visible locations, including on Internet web pages, vehicles, signs, advertisements and/or other printed and promotional materials.

Your continued use of the Subject Marks and/or variations thereof, and your continued infringement of Bevolo's trade dress, has and is causing our client irreparable harm. Your activities constitute a misappropriation of our client's goodwill, infringement of our client's intellectual property rights and dilution of said rights, as well as unfair competition. These acts are exacerbated by the similar channels of trade at issue.

We hereby demand that you provide this firm with written assurance that you (and any and all affiliates and distributors) will comply with the above requirements within ten (10) days of receipt of this letter. If you timely provide such written assurance, and act in accordance with such written assurance, our client will forgo legal action and will drop the matter of damages and attorney's fees resulting from your unauthorized use, infringement and dilution of Bevolo's intellectual property rights. However, if you fail to provide us with such written assurance, our client will be compelled to protect its rights by seeking injunctive relief, damages, attorney's fees, court costs, and all other relief provided for at law. Please note that nothing in this letter should be construed as a limitation regarding our client's geographic area of operation, or extent of its intellectual property rights.

Uptown Lighting, L.L.C.
October 25, 2010
Page 3


    Please contact us if you wish to discuss this matter in greater detail.   Your immediate attention to this matter is requested.

Very truly yours,

TED M. ANTHONY

TMA/adt





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.54 | |

Sent To
UPTOWN LIGHTING
Street, Apt. No.;
or PO Box No. 19238 W. MUIRFIELD DR.
City, State BATON ROUGE, LA 70810

PS Form 3800, August 2006     See Reverse for Instructions

7009 2820 0004 3242 3774

CERTIFIED MAIL™

7009 2820 0004 3242 3774

TED M. ANTHONY, ESQ.
BABINEAUX, POCHÉ, ANTHONY & SLAVICH
P.O. BOX 52169
LAFAYETTE, LA 70505-2169

2nd 11-5
not 11-14

UPTOWN LIGHTING
19238 W. MUIRFIELD DR.
BATON ROUGE, LA 70810

70810-356801 R025
7050502169

NIXIE        709   DE 1      00  10/28/10

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  705052416969        *1365-07694-25-37