AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>11-281 "N" (4) | DATE FILED<br>2/9/2011 | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA |
|---|---|---|
| PLAINTIFF<br>Bevolo Gas & Electric Lights, Inc. | | DEFENDANT<br>Gas Light Company, Inc., et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,650,187 | 7/7/2009 | Bevolo Gas & Electric Lights, Inc. |
| 2 | 3,904,406 | 1/11/2011 | Bevolo Gas & Electric Lights, Inc. |
| 3 | 3,904,407 | 1/11/2011 | Bevolo Gas & Electric Lights, Inc. |
| 4 | 3,907,888 | 1/18/2011 | Bevolo Gas & Electric Lights, Inc. |
| 5 | 10071408#RWM73 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1007141#F5D52 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 2 | 10071419#PKH62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 3 | 10071430#VMJ62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 4 | 10071433#M7D52 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 5 | 10071447#UJ62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>LORETTA G. WHYTE | (BY) DEPUTY CLERK | DATE<br>February 10, 2011 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy