AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 11-281 "N" (4) | 2/9/2011 | Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA |

| PLAINTIFF | DEFENDANT |
|---|---|
| Bevolo Gas & Electric Lights, Inc. | Gas Light Company, Inc., et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10071451#K7D52 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 2 | 10071455#KHH62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 3 | 10071457#3PK73 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 4 | 10071463#AEG62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |
| 5 | 10137518#VMJ62 | 5/25/2010 | Bevolo Gas & Electric Lights, Inc. |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| LORETTA G. WHYTE | | February 10, 2011 |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy