UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVOLO GAS & ELECTRIC LIGHTS, INC. * | |
| * | C.A. No. 11-281 |
| Plaintiff, * | |
| * | Judge Kurt D. Engelhardt |
| versus * | |
| * | Mag. Judge Karen Wells Roby |
| THE GAS LIGHT COMPANY, INC., *et al.* * | |
| * | |
| Defendants. * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Paul D. Roussel, The Gas Light Company, Inc., New Orleans Gas and Electric Lights, Inc., Uptown Lighting, LLC, and Primal Lighting, Inc. (collectively "Gas Light"), appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this their Notice of Appearance, and respectfully request that all notices given or required to be served in this proceeding also be served upon the following counsel:

Brad E. Harrigan
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

-1-

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana. Further, this filing does not constitute a waiver of any rights, including but not limited to, the right to a trial by jury in any matter.

Respectfully submitted,

*s/ Brad E. Harrigan*
**BRAD E. HARRIGAN (#29592)**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**ATTORNEYS FOR PAUL D. ROUSSEL, NEW ORLEANS GAS AND ELECTRIC LIGHTS, INC., AND THE GAS LIGHT COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2011 a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**Ted M. Anthony, Esq.**

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:

**No manual participants.**

*s/ Brad E. Harrigan*